UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-00328-1FL(4)
NO. 5:19-CR-00328-2FL(4)

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | ORDER TO UNSEAL |
| v. | ) | INDICTMENT |
| | ) | |
| MORRIS COOPER, | ) | |
| BEVERLEY COOPER | ) | |

Upon motion of the United States of America, the sealed Indictment returned by the Grand Jury for the Eastern District of North Carolina on August 14, 2019, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 21 day of August, 2019.

JAMES E. GATES
United States Magistrate Judge